# IN THE SUPREME COURT OF THE STATE OF NEVADA

PING AN PROPERTY & CASUALTY COMPANY OF CHINA, LTD.,
Petitioner,

vs.

THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,

Respondents,

and

AMY LIU; ANDREW COSTELLO; ANNE MCCLELLAND; BRUCE PHILLIPS; CHARLES SACHATELLO; DAVID LOOSK; DAVID RUBIN; DONALD SCHOEN; ELENA SAMMONS; FLOYD RICHARDS; GARY BURGESS; GREG LAMBERT; GUANG YAN WANG; HARRIS SIMPSON; HARRY GOLDSHOLL; INNOVATION TRUST, A FOREIGN TRUST; JACK WU; JAMES LABOS; JAMIE CHIU; JOE AMICO; JOHN BARKLEY; JOHN LANDEEN; JOHN STORMS; JOSH BLOOM; KIN KYUN HO; LANTY SMITH; LENNOX MCNEELY; MARCO ANZILE; MARK ROZMARYNOSKI; MARTIN GOFF; MICHAEL FORREST; MICHAEL GOODMAN; MICHAEL SAMMONS; PATRICK COLLINS; PHILIP ESPOSITO; REILLY CHASE; RICHARD WILHELMY; ROBERT KUKER; ROBERT RUSSELL; SABIN VIDOLOV; SAMUEL GRAVINA; SHARON MALOCHEE; SUSAN SACHATELLO; THOMAS IVERS; TJING BIE THE; TODD CONROW;

No. 71659

FILED

JUN 13 2017

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-19436

WALTON SANDERSON; YAVUZ
AHISKA; YONGLI LI; ROBERT W.
SEIDEN, RECEIVER FOR CHINA
NORTH EAST PETROLEUM
HOLDINGS, LTD.; AND CHAO JIANG,
Real Parties in Interest.

## ORDER DISMISSING PETITION

Petitioner and real party in interest Robert W. Seiden have filed a joint motion to dismiss this original petition for a writ of mandamus. Cause appearing, the unopposed motion is granted. This petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Scott N. Freeman, District Judge
        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
        Richard L. Elmore, Chtd.
        Law Office of Andrew H. Pastwick, LLC
        Robison Belaustegui Sharp & Low
        Parsons Behle & Latimer/Reno
        Washoe District Court Clerk